| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>January 26, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA, | Case No. 2:21-mj-006-JDP |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| RICARDO MARMOLEJO, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **RICARDO MARMOLEJO** ,

Case No. **2:21-mj-006-JDP**  Charge **21 USC §§ 846, 841(a)(1)** , from custody for the following reasons:

       _____   Release on Personal Recognizance

       _____   Bail Posted in the Sum of $ _____

       **X**   Unsecured Appearance Bond $ _75,000.00 co-signed by Miguel Marmolejo and Laura Garnica_

       _____   Appearance Bond with 10% Deposit

       _____   Appearance Bond with Surety

       _____   Corporate Surety Bail Bond

       **X**   (Other): _Terms and conditions as stated on the record._

Issued at Sacramento, California on January 26, 2021 at __2:33 pm_____.

                                  By:   /s/ Carolyn K. Delaney

                                        Magistrate Judge Carolyn K. Delaney